# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MARION MINGURA, Trustee of the Marion L Mingura trust; and DOES 1-10,<br><br>    Defendants. | No. 2:21-cv-00898-JAK-JEM<br><br>**ORDER RE PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS (DKT. 12)** |

Based on a review of Plaintiff's Request for Dismissal with Prejudice of All Defendants (Dkt. 12), sufficient good cause has been shown for the requested relief. Therefore, the relief requested is **GRANTED.** Pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned civil action is hereby dismissed in its entirety, with prejudice, with each party bearing its or his own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: May 7, 2021

                                              John A. Kronstadt
                                              United States District Judge